# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**VS.**             **CASE NO. 4:20-CR-00267-13 LPR**

**NICHLAUS VETOR**

## ORDER

Before the Court is the United States' petition requesting that the defendant appear for a show-cause hearing to determine if pre-trial bond should be revoked (Doc. No. 197). The parties and counsel appeared for a hearing on this petition on December 22, 2020. Based on the statements of counsel, the Court finds that the defendant violated the conditions of his release as set forth in the petition. The Court also finds that the conditions of release should be modified. The defendant is ordered into the custody of Myra Smithy of Mountain Home, Arkansas, and Ms. Smithy is to serve as his third party custodian. Ms. Smithy has agreed to supervise the defendant, to assure the defendant's appearance at court proceedings, and to notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody. The conditions of release are further modified to require that the defendant participate in a program of outpatient substance abuse therapy and counseling as directed by the pretrial services office or supervising

officer. All other conditions of release set forth in the Court's order dated October 1, 2020 (Doc. No. 155) remain in place.

IT IS SO ORDERED THIS 22nd day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE